# ELECTRONIC RECORD

COA #   01-14-00656-CR          OFFENSE:   19.03 (Capital Murder)

STYLE:   Ronald  Robinson v. The State of Texas          COUNTY:   Harris

COA DISPOSITION:   AFFIRM          TRIAL COURT:   209th District Court

DATE: 06/18/2015          Publish: NO   TC CASE #:   1036165

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Ronald  Robinson v. The State of Texas          CCA #:   757-15

_APPELLANT'S_   Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _08/26/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

\------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

## ELECTRONIC RECORD